■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACQUES DE FAZIO, Also Known as JACQUES ELFASSY, Appellant.— Motion by appellant for reargument denied. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ In the Matter of J. JEROME OLITT.— Application by a suspended attorney for reinstatement as an attorney and counselor at law, granted; applicant reinstated. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of WALLACE & DOYLE, INC., Petitioner, v. WILLIAM A. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion by petitioner for a stay, pending determination of proceeding, granted, on condition that petitioner perfect the proceeding and be ready to argue or submit it at the January Term, beginning January 2, 1963; proceeding ordered on the calendar for said term. The record and petitioner's brief must be served and filed on or before December 3, 1962. Motion by petitioner to dispense with printing denied. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ DORIS T. WASHBURN, Respondent, v. JOHN G. WASHBURN, Appellant.— Motion by respondent to stay appeal denied. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of the Estate of MATTIE WILLIAMS, Deceased. MAUDE L. REAVIS, Individually and as Administratrix D. B. N. of the Estate of MATTIE WILLIAMS, Deceased, Appellant; LOTTIE V. WILLIAMS, Respondent.— Motion by the administratrix-appellant for leave to reargue her appeal, denied. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ EMIL KRAEMER, Appellant, v. PHILIP GALLAGHER, Respondent.— Motion by respondent to dismiss appeal from an interlocutory judgment of the Supreme Court, Westchester County, entered January 2, 1962. Motion granted, appeal dismissed. Beldock, P. J., Ughetta, Kleinfeld, Rabin and Hill, JJ., concur.

■ RAYMOND C. QUACKENBUSH et al., Respondents, v. CHARLES FISCHER et al., Appellants, et al., Defendant.— Motion by respondents to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

12 ANNIE FRAIOLI et al., Appellants, v. NEW YORK TRUCK RENTING CORP., Respondent.— Motion by respondent to dismiss appeal from a judgment of the Supreme Court, Westchester County, entered October 30, 1961, granted; appeal dismissed. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ LOUIS GIOIA et al., Respondents, v. LOTTIE SACHS et al., Appellants, et al., Defendants.— Motion by appellants for a stay of examination before trial, pending appeal from order denying summary judgment. Motion denied; the examination to proceed on 10 days' written notice. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ BETTY HERZOG, Respondent, v. THOMAS J. CLEVELAND, Appellant.— Motion by tenant for leave to appeal to this court from an order of the Appellate Term of the Supreme Court which dismissed his appeal from an order of the Municipal Court of the City of New York. Motion denied. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.